IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-MJ-01008-RN

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Jennifer S. Bolland**, <br><br> Defendant. | **Order** |

Defendant Jennifer S. Bolland recently pleaded guilty to violating the Assimilative Crimes Act by engaging in impaired driving in violation of North Carolina General Statutes § 20-138.1. Under the 18 U.S.C. 3663A(c)(1)(B), the Defendant must pay restitution because crime victims suffered a pecuniary loss as a result of the Defendant's conduct.

To determine the appropriate amount of restitution and the payment schedule for that amount, the court orders the United States Probation Office to prepare a report containing sufficient information for the court to fashion a restitution order. 18 U.S.C. § 3664(a). This report is due no later than 60 days after entry of this order. This report should be filed on the docket.

As required by 18 U.S.C. § 3664(a), this report "shall include, to the extent practicable, a complete accounting of the losses to each victim, any restitution owed pursuant to a plea agreement, and information relating to the economic circumstances of each defendant." Prior to submitting the report, the United States Probation Office must, to the extent practicable, comply with the notice provisions of 18 U.S.C. § 3664(d)(2).

No later than 7 days after entry of this order, the United States must "after consulting, to the extent practicable, with all identified victims, . . . promptly provide the probation officer with a listing of the amounts subject to restitution." *Id.* § 3664(d)(1).

No later than 7 days after entry of this order, the Defendant must file with the United States Probation Office with an affidavit containing the information described in 18 U.S.C. § 3664(d)(3).

Any objections to the report from the United States Probation Office are due no later than 7 days after entry of the report. Any party may respond to an objection no later than 7 days after it is filed. If a party does not object to the report, the court may accept the report's findings as true without providing a further opportunity to be heard.

Dated: July 10, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge